## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

Michael A Ferracane

Plaintiff

VS.

Case 21-CV-00394
( FJS/TWD)

Adirondack Process Servers Inc

Defendant

### STIPULATION OF DISMISSAL PER F.R. Civ. P 41(a)(1)(A)(ii)

**IT IS HEREBY STUPULATED AND AGREED** by between the parties and/or their respective attorneys, that no party hereto is an infant or an incompetent, and there being no person not a party who has any interest in the subject matter of this action, that

1. Per F.R.CIV. P. 41(a)(1)(A)(ii) the action is hereby **dismissed with prejudice each to the other** without costs to either party, and the Clerk may so mark his records.

**IN WITNESS WHEREOF**, the parties, by their counsel, signed this instrument on the dates set forth after their names.

_____

Anthony J. Pietrafesa Esq
(102368)
*Attorney for Plaintiff*
Nettleton Commons #202
313 East Willow Street
Syracuse NY 13203
518.218.0851
ajp@ajp1law.com
DATED: November 15, 2021

_____

**Law Office of Daniel R. Smalls PLLC**
*Attorneys for Defendant*

BY:  Daniel Romeo  Smalls Esq ( 5410089)

251 State Street #202
Schenectady NY 12305
dsmalls@smallslaw.net

DATED: _1|2d|2022_

**SO ORDERED:**

_____

Frederick J. Scullin, Jr.
Senior United States District Judge

Date: February 4, 2022